# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY.
# OWENSBORO DIVISION

====*Electronically Filed*====

| | |
|---|---|
| **DIANNE FUQUA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-CV-00089-BJB |
| | ) |
| **SCIPLAY CORPORATION and** | ) |
| **SCIPLAY GAMES, LLC,** | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO STAY

The Parties hereby inform the Court that they have reached an agreement in principle that will resolve this matter. In order to allow time to prepare the paperwork necessary to finalize the agreement, the Plaintiff files this Unopposed Motion to Stay.

Respectfully submitted this 4th day of October, 2024,

                RHOADS & RHOADS, PSC

                /s/ Christopher L. Rhoads
                Christopher L. Rhoads
                115 East Second Street
                P.O. Box 2023
                Owensboro, KY 42302-2023
                Tel.: (270) 683-4600
                Fax: (270) 683-1653
                chris@rhoadsandrhoads.com

and

John E. Norris
Dargan Ware
DAVIS & NORRIS, LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, AL 34205
Tel.: (205) 930-9900
jnorris@davisnorris.com
dware@davisnorris.com

ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

This is to certify that on October 4, 2024 a true and correct copy of the foregoing *Unopposed Motion to Stay* and proposed *Order* were filed electronically via the Court's CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

This further certifies that a true and correct copy of the foregoing *Unopposed Motion to Stay* and proposed *Order* were served by electronic mail to the following:

Daniel C. Taylor, Esquire
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO   80202
daniel.taylor@bartlitbeck.com
*Attorneys for Defendants*

   /s/ Christopher L. Rhoads
Christopher L. Rhoads
   *Co-Counsel for Plaintiff*